IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD HOEFT,

    Plaintiff,                                            JUDGMENT IN A CIVIL CASE

v.                                                    Case No. 11-cv-388-wmc

CHRIS HOFFMAN and
MATT SCHULTZ,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered:

    1) dismissing plaintiff's civil rights claims with prejudice pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983; and

    2) dismissing plaintiff's state law defamation claims without prejudice for lack of subject matter jurisdiction.

| /s/ | 6/10/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |